IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY E. VAUGHN, JR., | ) CIVIL DIVISION |
| Plaintiff, | ) No: 3:23-CV-00293 |
| v. | ) Judge Kim R. Gibson |
| BOROUGH OF PORTAGE, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 12th day of April, 2024, upon the Court's receipt of a Stipulation of Dismissal with Prejudice executed by the parties, it is hereby ORDERED that the above captioned civil action is hereby DISMISSED WITH PREJUDICE. It is further ordered that each party shall bear its own counsel fees and costs.

BY THE COURT:

_____
Kim R. Gibson, Senior District Judge

LEGAL/160527769.v1